**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**AT PIKEVILLE**

**CIVIL ACTION NO. 17-125-DLB**

**MARK ROARK**                                                                                 **PLAINTIFF**

vs.                                      **<u>JUDGMENT</u>**

**NANCY A. BERRYHILL, Commissioner**
of the Social Security Administration                                     **DEFENDANT**

\* \* \* \* \* \* \* \* \* \* \* \*

In compliance with Federal Rule of Civil Procedure 58, and pursuant to sentence four of 42 U.S.C. § 405(g), **IT IS HEREBY ORDERED AND ADJUDGED** as follows:

(1) The administrative decision is **REVERSED**, and the action is **REMANDED** for further consideration by the Commissioner;

(2) On remand, the ALJ shall conduct a new hearing and create an administrative transcript, free of procedural deficiencies. The ALJ shall also consider and address the errors in the Step Four analysis, including the past-relevant-work conclusion, which conflicts with the lifting, standing, and walking limitations that were incorporated into the RFC and the VE's testimony. The ALJ shall then proceed to Step Five, if required by the revised Step Four analysis.

(3) This action is **STRICKEN** from the Court's active docket.

This 25th day of January, 2018.



Signed By:
*David L. Bunning* DB
United States District Judge

K:\DATA\SocialSecurity\MOOs\Pikeville\17-125 Roark Judgment.docx